# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

FEB 02 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

|  |  |
|---|---|
| United States of America ) | |
| vs. ) | Case No. |
| Dominic Ducas ) | 09-CR-36 LJO |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Dominic Ducas____, have discussed with ____Jacob Scott____, Supervising Pretrial Officer, modifications of my release conditions as follows:

To vacate the defendant's electronic monitoring condition and **CURFEW:** You are restricted to your residence everyday from 9p.m. to 6a.m., unless otherwise approved in advance of the Pretrial Services Officer, and abide by all the requirements of the location monitoring program.

All other previously imposed conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   1-29-10           _____   1/29/10
Signature of Defendant    Date               Pretrial Services Officer  Date
Dominic Ducas

I have reviewed the conditions and concur that this modification is appropriate.

_____                                              1-29-2010
Signature of Assistant United States Attorney                        Date
Laurel Montoya

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                              2-2-10
Signature of Defense Counsel                                         Date
Carl Faller

### ORDER OF THE COURT
[X] The above modification of conditions of release is ordered, to be effective on __2/2/10__
[ ] The above modification of conditions of release is *not* ordered.

_____                                              2/2/10
Signature of Judicial Officer                                        Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services