CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-412-4746
carl.faller@fallerdefense,com

Attorney for Defendant Dominic Ducas

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DOMINIC DUCAS,<br><br>　　　　Defendant. | Case No.:  1:09-cr-00036-001 LJO<br><br>REQUEST TO EXONERATE BOND WITH ORDER |

　　　Defendant Dominic Ducas, by and through his attorney of record, Carl M. Faller, hereby requests that the following property posted as collateral in the above-referenced matter be exonerated and the Deeds of Trust Returned.

　　　Owner of Record:  Kathleen Ducas, APN number 449-060-63.

　　　Deed No. 2009-0013527 – Docket number 62, filed February 19, 2009.

　　　This request is based on the fact that defendant surrendered himself to the United States Bureau of Prisons on February 17, 2011 at Lompoc, California.

Dated:  June 6, 2011　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Carl M. Faller
　　　　　　　　　　　　　　　　　　　　　　　　　CARL M. FALLER
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　DOMINIC DUCAS

ORDER:

It is hereby ORDERED that the property bond posted in the above-entitled matter be exonerated and returned to party which posted it.

IT IS SO ORDERED.

Dated: **June 8, 2011**                    **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE